AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| VNUE, INC.<br><br>*Plaintiff(s)*<br>v.<br>LG CAPITAL FUNDING, LLC, JOSEPH LERMAN,<br>BORUCH GREENBERG, and DANIEL GELLMAN<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:22-cv-03524-GRB-JMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

LG CAPITAL FUNDING, LLC,
1218 UNION STREET, SUITE #2
BROOKLYN, NY 11225

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE BASILE LAW FIRM P.C.,
390 N. BROADWAY, SUITE #140
JERICHO, NY 11753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

*CLERK OF COURT*

Date: 6/16/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:22-cv-03524-GRB-JMW

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                                 _____
                                                        *Server's signature*

                                                    _____
                                                        *Printed name and title*

                                                    _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| VNUE, INC. <br><br> *Plaintiff(s)* <br> v. <br> LG CAPITAL FUNDING, LLC, JOSEPH LERMAN, BORUCH GREENBERG, and DANIEL GELLMAN <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:22-cv-03524-GRB-JMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOSEPH LERMAN,
1124 EAST 32ND STREET,
BROOKLYN, NY 11210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE BASILE LAW FIRM P.C.,
390 N. BROADWAY, SUITE #140
JERICHO, NY 11753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Brenna B. Mahoney*

CLERK OF COURT

Date: 6/16/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:22-cv-03524-GRB-JMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I returned the summons unexecuted because _____ ; or

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                           *Server's signature*

                                                         _____
                                                           *Printed name and title*

                                                         _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| VNUE, INC. *Plaintiff(s)* v. LG CAPITAL FUNDING, LLC, JOSEPH LERMAN, BORUCH GREENBERG, and DANIEL GELLMAN *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:22-cv-03524-GRB-JMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   BORUCH GREENBERG,
2060 EAST 22ND STREET,
BROOKLYN, NY 11229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  THE BASILE LAW FIRM P.C.,
390 N. BROADWAY, SUITE #140
JERICHO, NY 11753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

*CLERK OF COURT*

Date: 6/16/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:22-cv-03524-GRB-JMW

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I returned the summons unexecuted because _____ ; or

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| VNUE, INC. <br><br> *Plaintiff(s)* <br> v. <br> LG CAPITAL FUNDING, LLC, JOSEPH LERMAN, BORUCH GREENBERG, and DANIEL GELLMAN <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-03524-GRB-JMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

DANIEL GELLMAN,
99 OVERLOOK ROAD,
POMONA, NY 10970

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THE BASILE LAW FIRM P.C.,
390 N. BROADWAY, SUITE #140
JERICHO, NY 11753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

*CLERK OF COURT*

Date: 6/16/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:22-cv-03524-GRB-JMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I returned the summons unexecuted because _____ ; or

My fees are $_____ for travel and $_____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: